UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Charles Michael Cassell, III,**
*et al.*,

    **Plaintiffs,**

    v.

**Licking County Memorial Hospital,**
*et al.*,

    **Defendants.**

Case No. 2:17–cv–51

Judge Michael H. Watson
Magistrate Judge Jolson

## ORDER

On February 24, 2017, the United States Magistrate Judge recommended that Plaintiff's action be dismissed for failure to prosecute pursuant to the Court's inherent power and Federal Rule of Civil Procedure 41(b). Report and Recommendation, ECF No. 6 ("R&R"). The parties were specifically advised of their right to object to the R&R and of the consequences of their failure to do so. There has nevertheless been no objection to the R&R.

The R&R, ECF No. 6, is hereby **ADOPTED and AFFIRMED**. This action is hereby **DISMISSED**.

    IT IS SO ORDERED.

                                              /s/ Michael H. Watson
                                              **MICHAEL H. WATSON, JUDGE**
                                              **UNITED STATES DISTRICT COURT**